No. 97–270. PEACOCK v. GREAT WESTERN MORTGAGE CORP. C. A. 3d Cir. Certiorari denied.

No. 97–273. OXXFORD CLOTHES XX, INC. v. EXXON CORP. C. A. 5th Cir. Certiorari denied.

No. 97–277. KIRK ET AL. v. TOWN OF OSCEOLA. Ct. App. Ind. Certiorari denied.

No. 97–278. BROBST v. BLAIR COUNTY DEPARTMENT OF COSTS AND FINES. Super. Ct. Pa. Certiorari denied.

No. 97–287. BIGELOW ET AL. v. DALLAS & MAVIS FORWARDING CO., INC., A SUBSIDIARY OF JUPITER TRANSPORTATION CO. Ct. App. Ky. Certiorari denied.

No. 97–291. KIRMAN ET VIR v. COMPAGNIE FRANCAISE DE CROISIERES. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 97–294. JONES v. PETERSON, SUPERINTENDENT, WASHINGTON CORRECTIONS CENTER, ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–298. FLOTILLA, INC. v. FLORIDA GAME AND FRESHWATER FISH COMMISSION ET AL. C. A. 11th Cir. Certiorari denied.

No. 97–299. OSBORNE v. SEMINOLE COUNTY. C. A. 11th Cir. Certiorari denied.

No. 97–301. SMITH v. CIBA-GEIGY CORP. ET AL. C. A. 5th Cir. Certiorari denied.

No. 97–302. ARMOR ET UX. v. MICHELIN TIRE CORP. C. A. 4th Cir. Certiorari denied.

No. 97–305. DELANEY v. RODRIGUEZ. C. A. 5th Cir. Certiorari denied.

No. 97–306. GEE ET AL. v. SOUTHWEST AIRLINES CO. C. A. 9th Cir. Certiorari denied.

No. 97–332. BONILLA MONTALVO v. BANCO BILBAO VIZCAYA, FKA BANCO COMERCIAL MAYAGUEZ, ET AL. C. A. 1st Cir. Certiorari denied.